UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,                    Case No.  25-CR–0387(2) (PJS/DTS)

                          Plaintiff,

        v.
                                                          ORDER

RICHARD JAMES GAMBINO,

                          Defendant.


_____

        IT IS HEREBY ORDERED THAT:

        1.      The government's motion to dismiss the indictment as to defendant

        Richard James Gambino [ECF No. 124] is GRANTED.

        2.      The indictment [ECF No. 1] is DISMISSED WITH PREJUDICE as to

        defendant Richard James Gambino.


Dated: January 29, 2026                      /s/ Patrick J. Schiltz
                                             Patrick J. Schiltz, Chief Judge
                                             United States District Court